UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

NE BRANDS LLC,

                      Plaintiff,

    -against-

SEATTLE PACIFIC INDUSTRIES, INC. et al.,

                    Defendants.

------------------------------------- x

ORDER

19 Civ. 7420 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 16, 2020 oral argument is adjourned to June 18, 2020 at 10:30 a.m.

Dated: New York, New York
March 24, 2020

SO ORDERED.

George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE