UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

NE BRANDS LLC,

      Plaintiff,

 -against-

SEATTLE PACIFIC INDUSTRIES, INC.,
*a Washington corporation*; STEPHEN RITCHEY,
*an individual*,

      Defendants.
------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 8 2020

ORDER

19 Civ. 7420 (GBD)

GEORGE B. DANIELS, District Judge:

 The June 18, 2020 pretrial conference is adjourned to October 8, 2020 at 9:45 a.m.

 The June 18, 2020 oral argument is cancelled.


Dated: June 8, 2020
   New York, New York

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE