

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NE BRANDS LLC,

    Plaintiff,

  -against-

SEATTLE PACIFIC INDUSTRIES, INC., et al.,

    Defendants.

19-CV-7420 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Following two counsel-only pre-settlement conferences conducted on January 26 and 27, 2021, the Court has concluded that settlement is unlikely at this time. Therefore, the settlement conference currently scheduled for January 28, 2021, at 2:15 p.m. is ADJOURNED *sine die*. The parties shall file a letter-motion requesting a conference if and when they believe a settlement conference would be productive.

Dated: New York, New York
       January 27, 2021

                      **SO ORDERED**.

                      **BARBARA MOSES**
                      **United States Magistrate Judge**